United States Court of Appeals, Fourth Circuit.

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Thomas Lee WARD, Defendant—Appellant.**

No. 08–7198.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2008.

Decided: Oct. 29, 2008.

Robert James Wagner, Assistant Federal Public Defender, Richmond, Virginia, for Appellant. Brian Ronald Hood, Assistant United States Attorney, Richmond, Virginia, for Appellee.

284

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Lee Ward appeals the district court's order denying his 18 U.S.C.A. § 3582(c)(2) (West 2000 & Supp.2008) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Ward,* No. 3:00–cr–00146–REP–1 (E.D. Va. June 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*